IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8: 05cv241 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 4, the motion by the plaintiff, Beatrice Hudson, for a voluntary dismissal of the above-entitled case. Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the motion is granted. Judgment will be entered accordingly.

SO ORDERED.

DATED this 25th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge